**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

––––––––––––––

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                           415.522.2000

December 28, 2007

Re:  MDL 05 – 1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

Title of Case                                                                    Case Number
*Melvin Davis et al -v- Pfizer Inc. et al*                         *C-07-6490 CRB*

Dear Sir/Madam:

        This is to advise you that the above entitled has been assigned to the Honorable Charles R. Breyer and pursuant to the Court's Pretrial Order No. 1 is made part of the above MDL action.

        The parties are directed to go to this Court's Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation  webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

        Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.  Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                            Sincerely yours,

                                                                            R. C. Santos

                                                                            Rufino C. Santos
                                                                            Deputy Clerk

cc: Counsel
        MDL