THE WHITEHEAD LAW FIRM, L.L.C.
Post Office Box 81007
Lafayette, Louisiana
Telephone: (337) 740-6006

Attorneys for Plaintiffs, William H.
and Dorothy Allen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　Come now the Plaintiffs, WILLIAM H. and DOROTHY ALLEN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 4/21, 2009 | THE WHITEHEAD LAW FIRM, LLC |
| 2 | | |
| 3 | | By: _____ |
| | | Clarence Mark Whitehead, III |
| 4 | | Attorneys for Plaintiffs, William H. and Dorothy Allen |
| 5 | | |
| 6 | DATED: June 24, 2009 | DLA PIPER LLP (US) |
| 7 | | By: _____ |
| 8 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-