**THE WHITEHEAD LAW FIRM, L.L.C.**
Post Office Box 81007
Lafayette, Louisiana
Telephone: (337) 740-6006

Attorneys for Plaintiffs, Geraldine and Richard Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>　　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, GERALDINE and RICHARD ANDERSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1  DATED: 4/21, 2009       THE WHITEHEAD LAW FIRM, LLC

2                          By: _____
3                              Clarence Mark Whitehead, III
                               Attorneys for Plaintiffs, Geraldine and
4                              Richard Anderson

5

6  DATED: June 24, 2009    DLA PIPER LLP (US)

7                          By: _____
                               Michelle W. Sadowsky
8                              Attorneys for Defendants

9

10

11
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
12 IT IS SO ORDERED.**

13

14 Dated: june 30, 2009    _____
                           Hon. Charles R. Breyer
15                         United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]