1  THE WHITEHEAD LAW FIRM, L.L.C.
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone: (337) 740-6006
3
4  Attorneys for Plaintiff, Ruby Lee Bell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>　　　　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, RUBY LEE BELL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 4/21, 2009 | THE WHITEHEAD LAW FIRM, LLC |
| 2 | | |
| 3 | | By: _____ |
| | | Clarence Mark Whitehead, III |
| 4 | | Attorneys for Plaintiff, Ruby Lee Bell |
| 5 | DATED: June 24, 2009 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| | | Michelle W. Sadowsky |
| 8 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 209

_____
Hon. Charles R. Breyer
United States D...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*