1  THE WHITEHEAD LAW FIRM, L.L.C.
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone: (337) 740-6006
3

4  Attorneys for Plaintiffs, Eddie and
   Mary Coburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>                    Plaintiffs,<br>         vs.<br>Pfizer Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, EDDIE and MARY COBURN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 6/24, 2009          THE WHITEHEAD LAW FIRM, LLC

By: _____
Clarence Mark Whitehead, III
Attorneys for Plaintiffs, Eddie and Mary Coburn

DATED: June 24, 2009       DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009       _____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer