| | |
|---|---|
| 1 | THE WHITEHEAD LAW FIRM, L.L.C. |
| 2 | Post Office Box 81007 |
|   | Lafayette, Louisiana |
| 3 | Telephone: (337) 740-6006 |
| 4 | Attorneys for Plaintiffs, Mildred H. and Alfred Freeny |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, MILDRED and ALFRED FREENY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 6/24, 2009 | THE WHITEHEAD LAW FIRM, LLC |
| 2 | | By: _____ |
| 3 | | Clarence Mark Whitehead, III |
| 4 | | Attorneys for Plaintiffs, Mildred H. and Alfred Freeny |
| 5 | | |
| 6 | DATED: June 24, 2009 | DLA PIPER LLP (US) |
| 7 | | By: _____ |
| 8 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

Error! Unknown document property name.