1 | THE WHITEHEAD LAW FIRM, L.L.C.
Post Office Box 81007
2 | Lafayette, Louisiana
Telephone: (337) 740-6006
3

4 | Attorneys for Plaintiff, Hurket G. Jackson, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>　　　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, HURKET G. JACKSON, JR., and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: _____, 2009        THE WHITEHEAD LAW FIRM, LLC

By: _____
    Clarence Mark Whitehead, III
    Attorneys for Plaintiff, Hurket G. Jackson, Jr.

DATED: June 24, 2009       DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009       _____
                           Hon. Charles R. Breyer
                           United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

Error! Unknown document property name.