THE WHITEHEAD LAW FIRM, L.L.C.
Post Office Box 81007
Lafayette, Louisiana
Telephone: (337) 740-6006

Attorneys for Plaintiffs, Ernest and Linda Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, ERNEST and LINDA SMITH, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: _____, 2009 | THE WHITEHEAD LAW FIRM, LLC |
| 2 | | |
| 3 | | By: _____ |
| | | Clarence Mark Whitehead, III |
| 4 | | Attorneys for Plaintiffs, Ernest and Linda Smith |
| 5 | DATED: June 24, 2009 | DLA PIPER LLP (US) |
| 6 | | By: _____ |
| 7 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009        _____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

Error! Unknown document property name.