THE WHITEHEAD LAW FIRM, L.L.C.
Post Office Box 81007
Lafayette, Louisiana
Telephone: (337) 740-6006

Attorneys for Plaintiff, Mary Wade

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br>              Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, MARY WADE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1  DATED: _____, 2009        THE WHITEHEAD LAW FIRM, LLC

2                              By:_____
3                                 Clarence Mark Whitehead, III
                                  Attorneys for Plaintiff, Mary Wade
4
   DATED: June 24, 2009        DLA PIPER LLP (US)
5
6                              By:_____
                                  Michelle W. Sadowsky
7                                 Attorneys for Defendants

8

9

10   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.
11

12
     Dated: June 30, 2009      _____
13                             Hon. Charles R. Breyer
                               United States District [Judge]
14

15

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
Error! Unknown document property name.