1  THE WHITEHEAD LAW FIRM, L.L.C.
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone: (337) 740-6006
3

4  Attorneys for Plaintiff, Geneva Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6490 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Melvin and Frances Davis, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, GENEVA WILLIAMS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: 4/24, 2009         THE WHITEHEAD LAW FIRM, LLC

2                            By: _____
3                               Clarence Mark Whitehead, III
                                Attorneys for Plaintiff, Geneva Williams
4
   DATED: June 24, 2009      DLA PIPER LLP (US)
5
6                            By: _____
                                Michelle W. Sadowsky
7                               Attorneys for Defendants

8

9

10   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
11   IT IS SO ORDERED.**

12
     Dated: June 30, 2009     _____
13                            Hon. Charles R. Breyer
                              United States District Court
14

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA